# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GARTH, LEONARD I | 2. Court or Organization<br><br>THIRD CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>04/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals-Rm.5040<br>MLK,Jr.Fed.Bldg& Courthouse<br>50 Walnut St.,Newark,NJ 07102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Ramapo College, Advisory Committee of Law and Society |
| 2. Executor of the Estate ▬▬▬▬ | Appointed and Accepted Executorship Consistent with the Code of Conduct for U.S. Judges. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. United States Courts | $1,198.70 Reimbursement - Attendance at National Symposium for Appellate Judges, Washington, DC Nov., 2005 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Guardian Life Insurance Co. | Loan against cash value | J |
| 2. Guardian Life Insurance Co. | Loan against cash value | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 04/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. General Electric Common | B | Dividend | L | T | | | | | |
| 2. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 3. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 4. Israel Bonds | A | Interest | J | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. Verizon | A | Dividend | J | T | | | | | |
| 7. Bell South Common | A | Dividend | J | T | | | | | |
| 8. Chase Bank Savings | A | Interest | J | T | | | | | |
| 9. Chase Bank Checking | A | Interest | J | T | | | | | |
| 10. Dreyfus Municipal Bond Fund | A | Interest | J | T | | | | | |
| 11. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 12. AARP Growth & Income Fund | A | Dividend | J | T | | | | | |
| 13. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 14. Nuveen Reinvest Acct(NJMun) | A | Interest | K | T | | | | | |
| 15. Nuveen Reinvest Acct(NJMun) | A | Interest | K | T | | | | | |
| 16. Wachovia (formerly First Union) | A | Interest | J | T | | | | | |
| 17. Avaya | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix | A | Dividend | J | T | | | | | |
| 19. Comcast | A | Dividend | J | T | | | | | |
| 20. Wachovia (checking) | | None | J | T | | | | | |
| 21. Agere | A | | | | Sold | Unk. | J | A | |
| 22. AT&T Wireless | A | | | | Sold | 11/25 | J | A | |
| 23. ESTATE ███████, (SEE VIII) | | | | | | | | | |
| 24. AIG Savings Bank - CD | A | Interest | K | | | | | | |
| 25. Bank Hapoalim, B.M. - CD | A | Interest | L | | | | | | |
| 26. Bank of America - Checking | A | Interest | J | | | | | | |
| 27. Bank of America - Savings | A | Interest | K | | | | | | |
| 28. Bank of America - Money Mkt. | A | Interest | L | | | | | | |
| 29. Capital One Bank - CD | A | Interest | L | | | | | | |
| 30. Euro Bank - CD | A | Interest | L | | | | | | |
| 31. Evergreen - Money Mkt. | A | Interest | L | | | | | | |
| 32. Israel Discount Bank of N.Y. | A | Interest | L | | | | | | |
| 33. Liberty U.S. Govt. - Money Mkt. | A | Interest | J | | | | | | |
| 34. Mfgrs. & Traders Trust - CD | A | Interest | L | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 04/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New South Federal Savings | A | Interest | L | | | | | | |
| 36. Smith Barney | A | Interest | K | | | | | | |
| 37. Wachovia | A | Interest | J | | | | | | |
| 38. Western Bank of Puerto Rico | A | Interest | K | | | | | | |
| 39. Agere Sys., Inc. | A | Dividend | J | | | | | | |
| 40. N.J. Res. | A | Dividend | K | | | | | | |
| 41. PPL Corp. | A | Dividend | K | | | | | | |
| 42. Public Service Enterprise Group | C | Dividend | M | | | | | | |
| 43. Q West Communication Int'l | A | Dividend | J | | | | | | |
| 44. S.J. Inds. Inc. | A | Dividend | K | | | | | | |
| 45. Valley National Bank Corp. | D | Dividend | O | | | | | | |
| 46. Israel Bonds | A | Interest | J | | | | | | |
| 47. Evesham Twp. | A | Interest | K | | | | | | |
| 48. Orange Twp. School Brds. | A | Dividend | K | | | | | | |
| 49. Fed'l Nat'l Mtg. Assn. Notes | A | Interest | K | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, #2.    I have reported ownership of AT&T Common. On January 31, 2005 SBC acquired AT&T Corp., and then changed its corporate name to AT&T, Inc. Accordingly, I now report AT&T, Inc., rather than AT&T Corp., Common.

Part VII, #19.    In my prior report, Comcast was listed twice under Items 22 & 23. This was an error. This should have been listed only once, and I have deleted the second entry of Comcast in this year's report.

Part VII, #22.    AT&T Wireless: I should have reported AT&T Wireless as being sold for (Code J) as a result of its purchase by Cingular. I report it now, although it was sold on November 25, 2004.

Part VII, #23.    The assets numbered 24 through 49, inclusive, are all Estate assets of the Estate ██████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date 4/10/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544